# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

| | |
|---|---|
| In re:<br>David Delacruz<br>Joni Delacruz<br>　　　　Debtor(s) | Case No. 12-21885-dob |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Thomas McDonald, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/13/2012.

2) The plan was confirmed on 08/24/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 08/24/2015.

6) Number of months from filing to last payment: 38.

7) Number of months case was pending: 40.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $9,935.00.

10) Amount of unsecured claims discharged without payment: $66,506.37.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $26,144.28 |
| Less amount refunded to debtor | $598.00 |

**NET RECEIPTS:** $25,546.28

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,195.17 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,154.81 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,349.98

Attorney fees paid and disclosed by debtor: $791.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| 74th District Court | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Account Services Collections | Unsecured | 493.00 | NA | NA | 0.00 | 0.00 |
| Accounts Receivable Solutions | Unsecured | 758.00 | NA | NA | 0.00 | 0.00 |
| Ally Financial | Unsecured | 19,000.00 | 18,236.12 | 18,236.12 | 545.17 | 0.00 |
| Cash in Hand | Unsecured | 173.00 | NA | NA | 0.00 | 0.00 |
| CBC Credit Services | Unsecured | 488.00 | 743.63 | 743.63 | 22.23 | 0.00 |
| CBCS | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| CBE Group | Unsecured | 686.00 | NA | NA | 0.00 | 0.00 |
| CBM Services Inc | Unsecured | 202.00 | NA | NA | 0.00 | 0.00 |
| CBM Services Inc | Unsecured | 226.00 | NA | NA | 0.00 | 0.00 |
| CBM Services Inc | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| CBM Services Inc | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| Charter Communications | Unsecured | 0.00 | 422.82 | 422.82 | 12.64 | 0.00 |
| Congress Collection Corp | Unsecured | 1,524.00 | NA | NA | 0.00 | 0.00 |
| Consumers Energy Company | Unsecured | 1,140.00 | NA | NA | 0.00 | 0.00 |
| Cottonwood Financial Michigan LLC | Unsecured | 703.00 | 0.00 | 702.88 | 21.01 | 0.00 |
| Cottonwood Financial Michigan LLC | Unsecured | 703.00 | 0.00 | 702.88 | 21.01 | 0.00 |
| Credit Bureau of Manistee | Unsecured | 59.00 | NA | NA | 0.00 | 0.00 |
| Credit Collection Serv | Unsecured | 189.00 | NA | NA | 0.00 | 0.00 |
| Credit Protection Associates | Unsecured | 601.00 | NA | NA | 0.00 | 0.00 |
| Credit Services of Michigan | Unsecured | 127.00 | NA | NA | 0.00 | 0.00 |
| Credit Services of Michigan | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| Ditech Financial LLC | Unsecured | 37,534.00 | 25,171.42 | 25,171.42 | 752.51 | 0.00 |
| Ditech Financial LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EOS | Unsecured | 464.00 | NA | NA | 0.00 | 0.00 |
| Euclid Medical Group | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| Gateway Financial Services Inc | Unsecured | 0.00 | 6,477.61 | 6,477.61 | 193.65 | 0.00 |
| Gateway Financial Services Inc | Secured | 13,806.00 | 6,950.00 | 6,950.00 | 6,950.00 | 610.48 |
| Health Delivery | Unsecured | 0.00 | 25.20 | 25.20 | 0.75 | 0.00 |
| Jefferson Capital Systems-EFT | Unsecured | 184.00 | 184.41 | 184.41 | 5.52 | 0.00 |
| JJ Marshall & Assoc | Unsecured | 1,605.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| LHR Inc | Unsecured | 499.00 | 438.48 | 438.48 | 13.11 | 0.00 |
| McLaren Bay Regional | Unsecured | 970.00 | NA | NA | 0.00 | 0.00 |
| Medical Financial Solutions | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Merchants and Medical | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| MI Department of Treasury | Unsecured | 4,296.00 | 516.00 | 516.00 | 15.43 | 0.00 |
| MI Department of Treasury | Priority | 9,150.00 | 41.00 | 41.00 | 41.00 | 0.00 |
| MI Department of Treasury | Secured | 0.00 | 9,514.23 | 9,514.23 | 9,514.23 | 626.10 |
| MI Department of Treasury | Secured | 0.00 | 763.90 | 763.90 | 763.90 | 50.29 |
| MI Department of Treasury | Unsecured | 0.00 | 755.95 | 755.95 | 22.60 | 0.00 |
| Michigan Bell Telephone Company | Unsecured | 464.00 | 464.00 | 464.00 | 13.88 | 0.00 |
| Michigan Creditors Service | Unsecured | 103.00 | NA | NA | 0.00 | 0.00 |
| Mid Michigan Medical Center | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| Mid Michigan Physicians Group | Unsecured | 228.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management Inc | Unsecured | 1,248.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management Inc | Unsecured | 1,202.00 | NA | NA | 0.00 | 0.00 |
| Money Recovery Nationwide | Unsecured | 114.00 | NA | NA | 0.00 | 0.00 |
| Money Recovery Nationwide | Unsecured | 26.00 | NA | NA | 0.00 | 0.00 |
| Oakside Mobile Home | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Oakside Mobile Home | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Quest Diagnostics Inc | Unsecured | 92.00 | NA | NA | 0.00 | 0.00 |
| Russell Collection Agency | Unsecured | 0.00 | 26.27 | 26.27 | 0.79 | 0.00 |
| West Asset Management | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Williams Township Treasurer | Unsecured | 59.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $6,950.00 | $6,950.00 | $610.48 |
| All Other Secured | $10,278.13 | $10,278.13 | $676.39 |
| **TOTAL SECURED:** | **$17,228.13** | **$17,228.13** | **$1,286.87** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $41.00 | $41.00 | $0.00 |
| **TOTAL PRIORITY:** | **$41.00** | **$41.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$54,867.67** | **$1,640.30** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| | |
|---|---|
| **Disbursements:** | |
|     Expenses of Administration | $5,349.98 |
|     Disbursements to Creditors | $20,196.30 |
| **TOTAL DISBURSEMENTS** : | **$25,546.28** |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/27/2015          By: /s/ Thomas McDonald
                                                                 Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**